

**Gary Coley, Jr.**
Judge

**74TH DISTRICT COURT**
Bill Logue Juvenile Justice Center
2601 Gholson Road
Waco, Texas 76704

PH: (254) 757-5075
FAX: (254) 412-1396
E-MAIL: 74th@co.mclennan.tx.us

*Melinda Nichols*
Official Court Reporter

*Molly Renfroe*
Court Administrator

*Lisa Blakemore*
Juvenile Court
Administrator

August 22, 2014

Tenth Court of Appeals
McLennan County Courthouse
501 Washington Avenue
Room 415
Waco, Texas 76701-1373

In Re: 2013-2242-C1; State of Texas vs Stephen Kenneth Lane Sellers
Court of Appeal Number 10-14-00226-CR

I am enclosing under separate cover a copy of State's Exhibit 1, a CD from an in-car video from the Waco Police Department, which is not convertible to mp4 format in order to file the exhibit electronically.

The Reporter's Record is being filed this date electronically and in paper form

Sincerely,

Melinda C. Nichols
Official Court Reporter
74th District Court, McLennan County, Texas
Email: Melinda.nichols@co.mclennan.tx.us

RECEIVED

AUG 25 2014

COURT OF APPEALS
WACO, TEXAS